UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEEKYANTS INDIA PRIVATE LIMITED,

      Plaintiff,

   v.

I.AM.PLUS LLC, et al.,

      Defendants

25-CV-4352 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  On August 7, 2025, the Court ordered the parties to submit a joint status update to the Court by September 12, 2025, or, alternatively, for Plaintiff to notify the Court if Defendants had not been served by September 12, 2025. *See* Dkt. No. 8. No letters have been received.

  The parties shall submit their joint letter no later than September 18, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: September 17, 2025
     New York, New York

                     Ronnie Abrams
                     United States District Judge