UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEEKYANTS INDIA PRIVATE LTD.,

                Plaintiff,

        v.

I.AM.PLUS LLC et al.,

                Defendant.

No. 25-CV-4352 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

        By order dated August 7, 2025, the Court scheduled a status conference for 12:30 PM on September 19.  Dkt. 8.  The Court also instructed Plaintiff to either (1) submit a joint status update to the Court by September 12, 2025, or, alternatively, (2) notify the Court if Defendants had not been served by September 12, 2025.  *Id.*

        Plaintiff did not attend the September 19 status conference.  Plaintiff neither submitted either requested letter by September 12 nor did it appear for the September 19 status conference.  Plaintiff is instructed to closely monitor and abide by the deadlines set by the Court.  Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

        The Clerk of Court is respectfully directed to issue the requested summons in this matter.

SO ORDERED.

Dated:    September 22, 2025
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge