UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEEKYANTS INDIA PRIVATE LIMITED, | |
| Plaintiff, | 25-CV-4352 (RA) |
| v. | ORDER |
| I.AM.PLUS LLC and R. CHANDRASEKAR, | |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

The Complaint in this case was filed on May 28, 2025. *See* Dkt. No. 3. Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. Fed. R. Civ. P. 4(m). It appears that the first attempt to serve the Defendants was made on November 24, 2025. Dkt. 17. Accordingly, it is hereby:

ORDERED that, no later than December 19, 2025, Plaintiffs submit a letter indicating why the Court should not dismiss the action without prejudice, consistent with Rule 4(m).

IT IS FURTHER ORDERED that if the Court does not receive a letter by December 19. 2025, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:       December 8, 2025
             New York, New York

Hon. Ronnie Abrams
United States District Judge