UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEEKYANTS INDIA PRIVATE LIMITED,

Plaintiffs,

v.

I.AM.PLUS LLC., R CHANDRASEKAR,

Defendants.

25-CV-4352 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On September 8, 2026, the Court acknowledged receipt of Plaintiff's second motion for alternative service and stated that it would rule on that motion if Plaintiff's waiver request remained unanswered. *See* Dkt. 28. The Court ordered Plaintiff to file a status update by October 2, 2026. *Id.* To date, no status update has been filed. Plaintiff shall file a status update no later than October 20, 2026, updating the Court on the status of its waiver request.

SO ORDERED.

Dated: October 13, 2026
New York, New York

Ronnie Abrams
United States District Judge